========================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

<u>     NORTHERN     </u>    DISTRICT OF <u>     NEW YORK     </u>

JUDGMENT IN A CIVIL CASE

DOCKET NO 9:03-CV-0108 (LEK/DRH)

**JOSE ANDUJAR,**

                              **Petitioner,**

    **-against-**

**R. McGINNIS,**

                              **Respondent.**

<u>             </u>    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u>  XX  </u>    **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the Report-Recommendation of the Honorable David R. Homer, dated September 24, 2004, is **APPROVED** and **ADOPTED** in its **ENTIRETY**; **IT IS FURTHER ORDERED** that the case is **DISMISSED** and judgment is entered in favor of the respondent as against the petitioner, in accordance with the **DECISION** and **ORDER** of the Honorable Lawrence E. Kahn, U. S. District Judge, dated January 30, 2006.

DATE: <u>  January 30, 2006  </u>

***LAWRENCE K. BAERMAN***
CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the**
**Honorable Lawrence E. Kahn**